Edward HACKETT, Jr., Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 03–7121.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Washington, DC, for Respondent–Appellant.

---

Richard Robert James, Principal Attorney, Richard Robert, Glen Allen, VA, for Claimant–Appellee.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

### ORDER

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims' decision in *Hackett v. Principi*, 02–0080 (January 8, 2003), and have the case remanded for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed. Cir.2004).* Edward Hackett, Jr. opposes and moves to dismiss the Secretary's appeal. The Secretary replies and opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Secretary's motion to vacate and remand is granted.

(2) Hackett's motion to dismiss is denied.

---

* Before filing the motion to vacate and remand, the Secretary sought a continuances of the stay. The motion to continue the stay is granted.